# OFFICE OF THE ATTORNEY GENERAL OF TEXAS
## AUSTIN



GERALD C. MANN
ATTORNEY GENERAL

Hon. J. E. O'Neall
County Attorney
Swisher County
Tulia, Texas

Dear Sir:

Opinion No. O-2030
Re: Is Swisher County exempt
from the provisions of Article
6972, et seq, commonly known
as the "Inspection of Hides
and Animals Law?"

    We are in receipt of your letter of recent date, requesting the opinion of this department touching the above stated question.

    Article 6972, Revised Civil Statutes of Texas, provides:

    "Each organized county, not expressly excepted herein, shall constitute an inspection district for the inspection of hides and animals; and at each general election an officer to be styled, 'Inspector of hides and animals' shall be elected by the qualified voters of such county, and in each unorganized county the Governor shall appoint such inspector. The word, 'inspector,' as used in this title, shall mean the inspector of hides and animals. Such inspectors shall hold their office for the term of two years. Until any vacancy in such office is filled by appointment, the sheriff of the county shall discharge the duties of the office." (Emphasis ours)

    Article 7005, Revised Civil Statutes, neither as originally enacted nor in subsequent amendments thereto, exempts Swisher County from the provisions of the chapter regulating the subject, although numerous counties are expressly excepted.

NO COMMUNICATION IS TO BE CONSTRUED AS A DEPARTMENTAL OPINION UNLESS APPROVED BY THE ATTORNEY GENERAL OR FIRST ASSISTANT

You are accordingly advised that you are correct in your opinion; namely, that Swisher County is not exempt from the provisions of Article 6972, et seq.

Yours very truly

ATTORNEY GENERAL OF TEXAS

By

Zollie C. Steakley
Assistant

ZCS:ob

APPROVED MAR 12, 1940

(S) Gerald C. Mann

ATTORNEY GENERAL OF TEXAS

APPROVED
OPINION COMMITTEE
By BWB
Chairman